1
 Public Service Company of Colorado, d/b/a Xcel Energy, Petitioner/Cross-Respondent v. Outdoor Design Landscaping, LLC, and Respondent/Cross-Petitioner Francisco Cuevas. Respondent No. 23SC659
Supreme Court of Colorado, En Banc
July 1, 2024
 
           Court
 of Appeals Case Nos. 22CA301 & 22CA1108
 
 
 
          Petition
 and Cross-Petition for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the court of appeals erred in holding that a
 provision in a utility's tariff purporting to limit the
 utility's liability only applies to customers of the
 utility.
 
 
          [REFRAMED]
 Whether the court of appeals erred in holding that the
 General Assembly had not expressly delegated authority to the
 Public Utilities Commission to approve a tariff limiting tort
 liability in derogation of common law.
 
 
          Whether
 the court of appeals erred in holding that Respondent was not
 a "person" subject to the notification requirements
 of the High Voltage Safety Act, § 9-2.5-102(1), C.R.S.
 (2023).
 
 
          Whether
 the court of appeals erred in interpreting section
 9-2.5-104(2), C.R.S. (2023) such that it renders the words
 "results in," "caused by the contact" and
 "due to the contact" superfluous.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.